UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

**JS-6**

| Case No. | CV 18-263-PSG (GJSx) | Date | **10/28/22** |
|---|---|---|---|

| Title | JAIDEEP CHADHA ET AL V. UBER TECHNOLOGIES, INC. ET AL |
|---|---|

Present: The Honorable **PHILIP S. GUTIERREZ, UNITED STATES CHIEF DISTRICT JUDGE**

| W. Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not present | Poopak Nourafchan |

**Proceedings:** ORDER TO SHOW CAUSE HEARING RE: DISMISSAL

The Court, having been updated on the status of the case, dismisses the case for failure to prosecute.

Time: /01